# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* vs. WILLIAM ROLLERSON, *Defendant.* | DOCKET NO. 3:25-CR-210-MOC **UNOPPOSED MOTION TO EXTEND PRESENTENCE REPORT OBJECTION DEADLINE** |

William Rollerson, by and through his counsel of record, Assistant Federal Defender Carson Smith, respectfully requests that this Court continue the Presentence Report ("PSR") Objection deadline currently scheduled for December 4, 2025, to January 2, 2026. As grounds therefore, it is averred:

1. On September 18, 2025, Mr. Rollerson pled guilty to one count of 18 U.S.C. § 922(g)(1).

2. The draft PSR was filed on November 20, 2025, with objections due December 4, 2025.

3. The draft PSR raises factual issues that undersigned counsel needs to time to research. As part of that research, undersigned counsel will need time to request and review documentation.

4. The government does not oppose this motion.

**WHEREFORE,** William Rollerson, respectfully requests an extension of the Presentence Report Objection deadline to January 2, 2026.

Respectfully submitted:

s/ Carson Smith
Carson Smith
N.C. Bar No. 50997
Assistant Federal Defender
Federal Public Defender's Office
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722
carson_smith@fd.org

***Attorney for William Rollerson***

DATE: December 3, 2025